393 A.2d 1298

Soffer et ux., Appellants, v. Beech et al.

Argued April 17, 1978. Paul A. Love, with him DeCello, Manifesto, Doherty & Love, for appellants; Jerome W. Kiger, with him Vincent J. Grogan, for appellees.

Order affirmed.